461 A.2d 872

Commonwealth, Appellant v. McClary, Bascom, Clark, Jordan, Butts, Wallace and Williams.

Argued June 2, 1981.   Steven H. Goldblatt, Assistant District Attorney, for Commonwealth, appellant;  Holly Maguigan, for McClary, appellee;  Phyllis H. Subin, Assistant Public Defender, for Bascom, appellee;  Ronald B. Merriweather, for Clark, appellee;  Harvey A. Yanks, for Jordan, appellee;  George Gershenfeld, for Butts, appellee;  Richard B. Moore, for Wallace, appellee;  Paul T. Sosnowski, for Williams, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.*

The order of the learned Philadelphia County Common Pleas Court Judge Charles L. Durham is affirmed.